FILED
2010 Feb-16 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBIE HARRIS, etc., | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 07-AR-1930-S |
| | } | |
| MEXICAN SPECIALITY FOODS, INC., d/b/a LA PAZ RESTAURANTE & CANTINA, | } } } | |
| | } | |
| Defendant. | } | |

**ORDER**

Pursuant to the joint notice of settlement filed by the parties, the above-entitled action by Bobbie Harris is DISMISSED WITH PREJUDICE, but WITHOUT PREJUDICE to any claims that might be independently brought by members of the putative class.

The parties shall bear their own respective costs.

DONE this 16th day of February, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE